**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**4 DIVISION**

SHONESHA DAVIS-ROBINSON

Plaintiff(s),

v.

SUGARFIRE LLC.

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. 4:26-cv-01916-SPM
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☑ NO ☐

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

✔ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✔ Other (Describe)

## PARTIES

2. Plaintiff's name: SHONESHA DAVIS-ROBINSON

Plaintiff's address: 3504 COLONIAL AVE.
Street address or P.O. Box

BEVERLYHILLS MO. 63121
City/ County/ State/Zip Code

557-219-6401
Area code and telephone number

3. Defendant's name: SUGARFIRE LLC

Defendant's address: 605 WASHINGTON AVE
Street address or P.O. Box

SAINT LOUIS 63110
City/County/State/ Zip Code

314-797-8487
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

______________________________________________________________

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

FROM JULY 16,2025 - JANUARY 16, 2026

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes Date filed: 01/19/2026

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes Date filed: 01/19/2026

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

__✔__ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

______ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

✔ termination of my employment

✔ failure to promote me

____ failure to accommodate my disability

✔ terms and conditions of my employment differ from those of similar employees

✔ retaliation

✔ harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

✔ gender

____ disability

____ age (birth year is: ____________)

✔ other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I WAS HIRED IN AS ASSISTANT GENERAL MANAGER 4/16/25 AT 10.00 HR. I WAS TOLD BY GIARRA BOYCE THE GENERAL MANAGER THAT MY PAY WILL INCREASE TO 20.00 plus tips since i wasnt salaried. IN 90 DAYS. I AGREED. 90 DAYS APPROACHED NO RAISE. I THEN WAS TOLD BY A WHITE MALE EMPLOYEE HE WAS THE ASSISTANG GENERAL MANAGER (TOM). I ASKED ABOUT IT AND GIARRA SAID TO NOT PAY ATTENTION TO THAT BECAUSE IT WAS SOMETHING DAVID MOLINA AS DOING. ABOUT A WEEK OR SO LATER ANOTHER MALE EMPLOYEE (CHRISTOPHR LEWIS) WAS GIVEN A RAISE AND HE HAD JUST BECAME AN EMPLOYEE. GIARRAS BROTHER (GREGORY BOYCE) ALSO RECIEVED A RAISE AS WELL AS ANOTHER MALE EMPLOYEE (GARRY THOMPSON). TWO WEEKS AFT THAT THEY HRED ANOTHER WHITE MALE AS THE ASSISTANT GENERAL MANAGER (MARK) THEY PAID HIM A SALARY OF 45,000.00 WHEN I WAS STUCK AT 10.00 A HOUR AND NEVER RECIEVED M Y PROMOTION OR SAID

(Continue to page 6, if additional space is needed.)

EVALUATIONS I WAS TOLD WERE GIVEN FOR THE OTHER EMPLOYEE RAISES. I AM THE ONLY FEMALE MANAGER WHO DID NOT GET A RAISE AN OR EVALUATION.SUGARFIRE NEVER RELAYED TO ME THAT MY JOB TITLE HAD BEEN CHANGED WITHOUT MY KNOWLEDGE OR CONSENT. AFTER A FEW MONTHS I NOTICED THAT THE TIPS WERE NOT ADDING UP. I ENCOURAGED EVERYONE TO LOOK AT THEIR PAY CAREFULLY. I WAS FIRED WITHOUT A EASON 2 WEEKS LATER. I WAS CORRECT THEY HAD TO PAY FRONT OF HOUSE FOR TAXING THE TIPS THE PAY OUT WAS 07/13/2026. I NEVER RECIEVED MY LAST PAYCHECK AS OF 2/6/2026.

---

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I WOULD LIKE THE COURT TO CONDIDER I LOST MY HOME HAD TO ASSIGN TEMPORARY CUSTODY OF MY CHILDREN TO THEIR GRANDMOTHER WHO IS 80 YEARS OLD AND CANNOT WALK OR SEE TOO WELL AND ALSO ON A VERY FIXED INCOME AND WE ARE STILL WITHOUT.SO MANY THINGS PILED UP ON ME. I HAVE NOT BEEN ABLE TO GET PAST THIS EMOTIONALLY. I TRUSTED GIARRA AND SUGARFIRE TO KEEP THEIR WORD LAWS AND INTEGRITY. THE SAME AS THEY REQUIRED OF ME. I HELD UP MY END OF THE CONTACT. I WAS LIED TO BRUSHED OFF MISLED AND THAT WASNT ENOUGH. I WOULD LIKE TO BE DUELY COMPENSATED IN THE AMOUNT OF 850,000.00 AND AN APOLOGY SIGNED BY GIARRA BOYCE. I FEEL IT IS THE BARE MINIMUM THEY CAN DO FOR DESTROYING ME AND MY CHILDRENS STABILITYAND LIVELYHOOD.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14TH day of OCTOBER, 2026.

Signature of Plaintiff ______________________